James D. Weakley, Esq.    Bar No. 082853
James J. Arendt, Esq.     Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BYRAM, | CASE NO.: 1:07-CV- 01529 - LJO - GSA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND CASE AND EXTEND DATE FOR DEFENDANT'S RESPONSIVE PLEADING** |
| STATE OF CALIFORNIA; COUNTY OF FRESNO; and DOES 1 to 50, inclusive | |
| Defendants. | |

It is hereby stipulated by and between the plaintiff, BRYAN BYRAM, and defendant, COUNTY OF FRESNO, through their respective counsel, that the above captioned action shall be remanded to the Superior Court of California, County of Fresno, Civil Division, in its entirety in reliance on plaintiff's voluntary dismissal of all federal claims filed in this Court on October 23, 2007. [Exhibit "A"]

It is further stipulated that defendant, COUNTY OF FRESNO's, response to plaintiff's state law causes of action contained in plaintiff's Second Amended Complaint for Damages, filed in the Superior Court of California, County of Fresno, on September 21, 2007, will be due ten (10) days following the Fresno County Superior Court's acknowledgment to the parties of the order of remand and the issuance of a Fresno County Superior Court case number.

**IT IS SO STIPULATED.**

///

1 | **DATED: October 25, 2007**

3 |                                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

5 |                                                By:   /s/       James D. Weakley
6 |                                                      James D. Weakley
                                                       Attorneys for Defendant, COUNTY OF
                                                       FRESNO

8 | **DATED: October 26, 2007**

9 |                                                ALGER & ALGER

11 |                                               By:        /s/ Matt Alger

12 |                                                     Matthew Alger
                                                       Attorneys for Plaintiff, BRYAN BYRAM

### ORDER

This Court's clerk is DIRECTED to take necessary measures to remand this action to the Fresno County Superior Court and to close this action.

IT IS SO ORDERED.

**Dated:   October 29, 2007**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE